May A. Quinn, Respondent, v. David Bonfield et al., Appellants.— Order granting in part plaintiff's motion for a bill of particulars modified on the law by striking out Items Nos. 2 and 11 and as thus modified affirmed, with ten dollars costs and disbursements to respondent, the bill to be served within ten

days after the entry of an order hereon. No opinion. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.